IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHESTER THIRKIELD, | |
|     Movant, | CRIMINAL CASE NO. |
| v. | 1:08-cr-86-JEC |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE NO. |
|     Respondent. | 1:10-cv-2679-JEC |

**ORDER**

The above criminal action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [119] recommending denying movant's Motion to Vacate Sentence [90]. Counsel for plaintiff has contacted this Court to indicate that no objections will be filed. The Court has also reviewed the Final Report and Recommendation [119] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [119] **DENYING** movant's Motion to Vacate Sentence [871]. It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED this 30th day of MARCH, 2012.


                                /s/ Julie E. Carnes
                                JULIE E. CARNES
                                CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)